UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3611
_____

PHILLIP LEE FANTONE,
Appellant

v.

FRED LATINI, JOE BURGER, and RON MACKEY
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-12-cv-01691)
Honorable Cynthia R. Eddy, Magistrate Judge
_____

BEFORE: VANASKIE, GREENBERG, and
COWEN, Circuit Judges

**ORDER AMENDING OPINION**


The opinion filed February 18, 2015 is hereby amended as follows:

The sentence starting at the bottom of page 18 and continuing to the top of page 19 is

amended to read as follows:

> The Supreme Court explained in <u>Haines</u> that a <u>pro</u> <u>se</u> complaint, "however
> inartfully pleaded," must be held to "less stringent standards than formal
> pleadings drafted by lawyers," <u>id</u>. at 520-21, 92 S.Ct. at 596, but we
> nonetheless review the pleading to ensure that it has "sufficient factual
> matter, accepted as true, to state a claim to relief that is plausible on its
> face." <u>Ashcroft v Iqbal</u>, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009).

Following this sentence the first letter in the first word of the citation. i.e. see, to <u>Erickson</u>

<u>v. Pardus</u> shall be capitalized.

This amendment does not alter the prior disposition of the Court and the judgment entered on February 18, 2015 shall not be amended.

By the Court,

s/ Morton I. Greenberg
Circuit Judge

Dated:      March 24, 2015
SLC/cc:    Tarah E. Ackerman, Esq.
           Thomas S. Jones, Esq.
           Peter D. Laun, Esq.
           Kemal A. Mericli, Esq.